IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

BOARD OF TRUSTEES OF THE             *
INTERNATIONAL UNION OF
OPERATING ENGINEERS, LOCAL           *
37 Benefit Funds
3615 North Point Boulevard
Baltimore, Maryland 21222

      Plaintiffs
                                        *
v.                                                                                CASE NUMBER:
                                        *

RICK'S GRADALL RENTAL, INC.
13701 Bottom Road
Hydes, Maryland  21082                *

Serve on:  R. Kim Piekenbrock         *
          13701 Bottom Road
          Hydes, Maryland  21082

and                                                      *

R. KIM PIEKENBROCK                       *
13701 Bottom Road
Hydes, Maryland  21082

      Defendants              *

*        *        *        *        *        *        *

## FIRST AMENDED COMPLAINT

      Plaintiff, the Board of Trustees for International Union of Operating Engineers, Local 37 Benefit Funds (herein "Local 37" or the "Benefit Funds") by and through undersigned counsel hereby files this Complaint against Rick's Gradall Rental, Incorporated (herein "Rick's

Gradall") and R. Kim Piekenbrock, President and Sole Director of Rick's Gradall, individually, and states as follows:

1. This action is a collection action brought pursuant to the National Labor Relations Act/ Taft-Hartley Act 29 U.S.C. §185 et seq. and pursuant to the Employee Retirement Income Security Act ("ERISA") 29 U.S.C. §1132 (g)(2) and §1145.

2. Jurisdiction is conferred upon this Court by 29 U.S.C. §1331 and 29 U.S.C. §1332 (E)(1).

3. Venue is based upon 29 U.S.C. 1132 (e)(2) as both parties principal places of business are in Maryland.

4. Local 37 and Rick's Gradall are parties to a series of collective bargaining agreements ("CBA") covering all work performed by Rick's Gradall by members of the Local Union and addendum dated November 3, 2010. These agreements cover all pertinent periods of time related to this Complaint and are attached hereto as A, B and C.

5. Pursuant to the terms of the CBA, Defendants agreed to contribute a specified amount of money for each man-hour worked by members to the Benefit Funds for each of the Local Union's Funds including the Health and Welfare Fund, the Pension Fund, the Severance and Annuity Fund and the Apprenticeship Fund. The Employer also agreed to remit deductions made from members' pay for vacation fund, for union dues and target funds and for Building Trades dues.

6. Pursuant to the terms of the CBA, Defendants also agreed to become bound to the Benefits Funds Declaration of Trust and the rules and regulations of the Benefit Funds that set forth delinquency procedures and remedies available including the imposition of liquidated

damages and interest and attorneys' fees should the Benefit Funds be required to institute collection procedures.

7. The Benefit Funds are administered by an equal number of both Employer Trustees and Union Trustees who have a fiduciary obligation to administer the Funds solely for the benefit of the plan beneficiaries, the members and their families.

8. Pursuant to the terms of the CBA and conditions of the Plans, each Participating Employer is required to submit "Combined Report Forms" along with the required monetary contributions and employee deductions to the Benefit Funds' Plan Administrator on a monthly basis. These report forms are written reports detailing the amount of hours worked by each union member employed by the participating employer. The hourly amount of monetary contributions for each Fund is agreed upon by the parties and is specified in the CBA.

9. Defendant Rick's Gradall operates as a heavy construction contractor employing members of the Union to operate heavy equipment and was considered a Participating Employer for purposes of the Plan. During all pertinent periods of time covered by this Complaint, the Defendants were required to submit monthly Combined Report Forms to the Funds specifying the number of hours worked by each member along with both the monetary contributions for each Fund as well as for all monetary deductions from the working members for dues and vacation funds.

10. Upon information and belief Defendant Piekenbrock is the sole director and by virtue of conducting business as Rick's Gradall Rental, Inc, became obligated to comply with the terms and conditions of the CBA to make appropriate contributions to the Funds.

11. Based upon forms submitted and the Plaintiff's estimate of remittances due and owing to the Benefit Funds for contributions from October 2014 to the present, the amount due

and owing by the Defendants is in excess of Fifty-Seven Thousand Dollars ($56,000.00) plus of interest in excess of Ten Thousand Dollars ($10,000.00). As a result of Defendants' continuing failure to submit said monetary contributions to the Plaintiffs despite repeated requests that they pay such contributions, Defendants have breached the CBA and are considered delinquent subject to all penalties as specified in the Declaration of Trust and under ERISA.

12. Pursuant to the terms of the CBA, the amount of damage to the Funds resulting from Defendants failure to remit required contributions is presumed to be Twenty Percent (20%) of the amount due, and is payable to the Funds as liquidated damages.

13. Pursuant to 29 U.S.C. §1132(g)(2), the Plaintiff Benefit Funds and the Local Union are entitled to damages for unpaid contributions, unpaid deductions for vacation pay and dues, interest on all unpaid monies, liquidated damages, reasonable attorneys' fees and costs and such other legal or equitable relief as the Court deems appropriate.

WHEREFORE. Plaintiff Board of Trustees of the Operating Engineers Local 37, Benefit Funds prays that judgment be entered in its favor against the Defendants in an amount to be determined based upon the Defendants continuing failure to submit contributions, plus interest thereon and costs, reasonable attorneys' fees, liquidated damages and such other legal and/or equitable relief as this Court deems just and proper.

_____/s/_____
John M. Singleton, Bar No. 02275
The Singleton Law Group
1447 York Road, Suite 508
Lutherville, Maryland 21093
(410) 902-0073
(410) 902-7372 fax
jsingleton@singleton-law.com
Attorneys for Plaintiff, IUOE Local 37
Benefit Funds